Debtor name    **ACCURATE COMMUNICATION SOLUTIONS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **25-33836 MAB**

# EXHIBIT C

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **STORAGE UNITS (2)** | |
| | State the term remaining | | **ACORN MINI STORAGE** |
| | List the contract number of any government contract | | **ATTN MANAGER OR OFFICER** **8625 W POINT DOUGLAS RD S** **Cottage Grove, MN 55016** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **STORAGE UNIT** | |
| | State the term remaining | | **KINNI STORAGE** |
| | List the contract number of any government contract | | **ATTN MANAGER OR OFFICER** **N7804 902ND ST** **River Falls, WI 54022** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **STORAGE UNIT** | |
| | State the term remaining | | **PUBLIC STORAGE** |
| | List the contract number of any government contract | | **ATTN MANAGER OR OFFICER** **13465 FENWAY BLVD CIR N** **Hugo, MN 55038** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **STORAGE UNIT** | |
| | State the term remaining | | **WEST RANGE STORAGE** |
| | List the contract number of any government contract | | **ATTN MANGER OR OFFICER** **510 PLATT AVE E** **Nashwauk, MN 55769** |