**United States Bankruptcy Court**
**District of Minnesota**

In re **ACCURATE COMMUNICATION SOLUTIONS, INC.** Case No. **25-33836 MAB**
Debtor(s) Chapter **11**

# EXHIBIT A

**LIQUIDATION SUMMARY - AS OF FEBRUARY 24, 2026**

| Description | Total Amount | Real Property (None) |
|---|---|---|
| Total Property Value | **327,078.11** | **0.00** |
| Cash in Bank | **48,496.84** | |
| Accounts Receivable | **11,000.00** | |
| Vehicles/Trailer Values | **157,101.00** | |
| Office Equipment / Materials | **1,300.00** | |
| TOTAL ASSETS: | **217,897.84** | |
| **Less:** | | |
| Schedule D. Secured Claims | **109,180.27** | **0.00** |
| Schedule C. Exemptions (not applicable) | **0.00** | **0.00** |
| **Interest in Nonexempt Property** | **108,717.57** | **0.00** |
| Less: | | |
| Estimated Chapter 7 Admin Expenses | **14,274.43** | |
| Schedule E. Priority Claims | **19,648.87** | |
| **Available to General Unsecured** | **183,974.54** | |
| Total General Unsecured | **74,794.27** | |
| Percent Distribution | **16.29%** | |
| **Details:** | | |
| Unsecured from Claims Register | **493,332.47** | |
| Estimated Chapter 7 Administrative Expenses: | | |
| 11§326 Trustee Compensation on $**217,897.84** | **14,274.43** | |
| Add'l Trustee Cost as **0**% of §326 Fee | **0.00** | |
| Additional Admin Expense | **0.00** | |
| Total Estimated Admin Expense | **14,274.43** | |