# EXHIBIT B

***Case No. 25-33836 MAB***
***Accurate Communication Solutions, Inc.***

| REVENUE | March 2026 - February 2027 | March 2027 - February 2028 | March 2028 - February 2029 | Total |
|---|---|---|---|---|
| | 875,000.00 | 840,000.00 | 790,000.00 | $ 2,505,000.00 |
| **EXPENSES** | **TOTALS** | **TOTALS** | **TOTALS** | **Total** |
| ADVERTISING | $ 8,500.00 | $ 8,500.00 | $ 8,500.00 | $ 25,500.00 |
| AUTO LOAN PAYMENTS | $ 29,149.80 | $ 29,149.80 | $ 29,149.80 | $ 87,449.40 |
| CELL PHONE / INTERNET | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 | $ 15,900.00 |
| BANK CHARGES | $ 250.00 | $ 250.00 | $ 250.00 | $ 750.00 |
| EQUIPMENT INSURANCE | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 12,000.00 |
| TRAVEL EXPENSE | $ 7,500.00 | $ 8,000.00 | $ 9,000.00 | $ 24,500.00 |
| TRAVEL MEALS | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 6,000.00 |
| EMPLOYEE MEDICAL INSURANCE | $ 3,200.00 | $ 3,200.00 | $ 3,200.00 | $ 9,600.00 |
| PAYROLL PROCESSING FEES | $ 2,700.00 | $ 2,700.00 | $ 2,700.00 | $ 8,100.00 |
| OFFICE SUPPLIES | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 7,500.00 |
| PAYROLL (WAGES, TAXES AND OTHER EMPLOYER CONTRIBUTIONS) | $ 300,800.00 | $ 300,800.00 | $ 300,800.00 | $ 902,400.00 |
| PROFESSIONAL FEES - ACCOUNTING | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 15,000.00 |
| DUES AND SUBSCRIPTIONS | $ 300.00 | $ 300.00 | $ 300.00 | $ 900.00 |
| RENT FOR STORAGE UNITS | $ 6,900.00 | $ 6,900.00 | $ 6,900.00 | $ 20,700.00 |
| SUBCONTRACTOR PAYMENTS | $ 300,000.00 | $ 310,000.00 | $ 320,000.00 | $ 930,000.00 |
| SHIPPING COSTS | $ 7,000.00 | $ 7,300.00 | $ 7,500.00 | $ 21,800.00 |
| SUPPLIES AND MATERIALS | $ 7,000.00 | $ 7,500.00 | $ 8,000.00 | $ 22,500.00 |
| RETIREMENT PLAN EXPENSE | $ 150.00 | $ 150.00 | $ 150.00 | $ 450.00 |
| BUSINESS INSURANCE | $ 20,500.00 | $ 20,500.00 | $ 20,500.00 | $ 61,500.00 |
| WORK COMP INSURANCE | $ 850.00 | $ 850.00 | $ 850.00 | $ 2,550.00 |
| IRS - PRIORITY CLAIM | $ - | $ - | $ - | $ - |
| MDOR - PRIORITY CLAIM | $ 7,388.64 | $ 7,388.64 | $ 7,388.64 | $ 22,165.92 |
| PROFESSIONAL FEES - APPEAL IN MISSOURI | $ 60,000.00 | $ 60,000.00 | $ - | $ 120,000.00 |
| PROFESSIONAL FEES - TAX LAWYER (ONGOING ISSUE WITH MDOR) | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 54,000.00 |
| CLASS 4 - UNSECURED PAYMENTS | $ 76,011.56 | $ 29,711.56 | $ 28,011.56 | $ 133,734.68 |
| **Total Expenses** | 875,000.00 | 840,000.00 | 790,000.00 | 2,505,000.00 |
| **PROFIT/(LOSS)** | **-** | **(0.00)** | **(0.00)** | **-** |

****Bankruptcy Administration Fees (SubV Trustee and Debtor's Attorney) will be paid in full, on the Effective Date out of cash on hand.***