**Fill in this information to identify the case:**

Debtor name **ACCURATE COMMUNICATION SOLUTIONS, INC.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **25-33836 MAB**

# EXHIBIT C

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **STORAGE UNITS (2)** | |
| State the term remaining | | **ACORN MINI STORAGE**<br>**ATTN MANAGER OR OFFICER**<br>**8625 W POINT DOUGLAS RD S**<br>**Cottage Grove, MN 55016** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **STORAGE UNIT** | |
| State the term remaining | | **KINNI STORAGE**<br>**ATTN MANAGER OR OFFICER**<br>**N7804 902ND ST**<br>**River Falls, WI 54022** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **STORAGE UNIT** | |
| State the term remaining | | **PUBLIC STORAGE**<br>**ATTN MANAGER OR OFFICER**<br>**13465 FENWAY BLVD CIR N**<br>**Hugo, MN 55038** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **STORAGE UNIT** | |
| State the term remaining | | **WEST RANGE STORAGE**<br>**ATTN MANGER OR OFFICER**<br>**510 PLATT AVE E**<br>**Nashwauk, MN 55769** |
| List the contract number of any government contract | | |